IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| JAMES R. JOHNSON, ET AL | : | |
| Debtors | : | |

| | | |
|---|---|---|
| JAMES R. JOHNSON, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 15-792 GMS |
| | | Bankruptcy Case No. 15-10365 (BLS) |
| UNITED STATES TRUSTEE, | : | BAP No. 15-46 |
| | : | |
| Appellee. | : | |

## ORDER

At Wilmington this __5TH__ day of October, 2015, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 6);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **October 30, 2015.**

_____
UNITED STATES DISTRICT JUDGE